**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO: 8:10-cr-445-T-26MAP

REBECCA MOODY

_____/

**O R D E R**

Upon due consideration of the issues discussed at the hearing held this day in this case,

and for the reasons announced on the record, it is ordered and adjudged that the Government's

Motion to Obtain Court Order to Comply with Government Subpoena for Trial (Dkt. 66) is

denied without prejudice.  Third-Party G&G's Motion to Quash the Subpoena or for Entry of a

Qualified Protective Order (Dkt. 70) is denied as moot.

**DONE AND ORDERED** at Tampa, Florida, on May 20, 2011.


s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**


**COPIES FURNISHED TO**:
Counsel of Record